Magistrate Judge Arnold

06-MJ-05189-ORD

FILED _____ LODGED
_____ RECEIVED

SEP 2 0 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IN THE MATTER OF THE SEARCH OF ) NO. 06-5189 M
THE RESIDENCE LOCATED AT )
6833 S. LAWRENCE STREET, TACOMA, ) ORDER SEALING SEARCH
WASHINGTON and ANY OUTBUILDINGS ) WARRANT AND RELATED
AND APPURTENCES TO THE PROPERTY ) MATERIALS
)
) **(FILED UNDER SEAL)**

The Government has moved to seal the search warrant and related materials in this case. Good cause having been shown, now, therefore,

IT IS HEREBY ORDERED that the search warrant, search warrant return, application and affidavit for search warrant, and the motion and order to seal be sealed until such time as an Information or Indictment is filed charging Christopher Bullplume with one or more criminal offenses in conjunction with the investigation that is described in the application and affidavit for search warrant.

DATED this 20 day of Sept _____, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/ _____
GREGORY A. GRUBER
Assistant United States Attorney

Motion to Seal — 4

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800